# Court of Appeals
# of the State of Georgia

ATLANTA,   October 29, 2015

*The Court of Appeals hereby passes the following order:*

**A16D0081.   DEMETRIUS LEWIS et al. v. THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK AS TRUSTEE.**

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, defendants Demetrius Lewis and Eisenhower Lewis appealed to the superior court, which granted summary judgment in favor of the plaintiff. The defendants filed a notice of appeal to this Court, which we dismissed for failure to follow discretionary appeal procedures. See Case No. A15A2371, dismissed September 9, 2015. On October 6, 2015, Demetrius Lewis and Eisenhower Lewis then filed this application from discretionary appeal purporting to appeal the magistrate court's order of May 1, 2014. We lack jurisdiction.

"The only avenue of appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Handler v. Hulsey*, 199 Ga. App. 751 (406 SE2d 225) (1991). This Court may only address magistrate court matters that already have been reviewed by the state or superior court. See id.; *Westwind Corp. v. Washington Federal Savings & Loan Assn.*, 195 Ga. App. 411 (1) (393 SE2d 479) (1990).

To the extent the defendants seek to appeal the superior court order granting summary judgment, this application is untimely. Appeals from judgments in dispossessory actions must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56; *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). This application was filed 75 days after the entry of the trial court's order dismissing the appeal. Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*___10/29/2015___
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____, *Clerk.*